B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Virginia

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Thoburn, John M.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**xxx-xx-6336** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1630 Hunter Mill Road**<br>**Vienna, VA**<br>ZIP Code **22182** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Thoburn, John M. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **Eastern District of Virginia** | Case Number: **12-11244** | Date Filed: **2/27/12** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): **Thoburn, John M.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John M. Thoburn**
Signature of Debtor  **John M. Thoburn**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 9, 2015**
Date

### Signature of Attorney*

X **/s/ Christopher L. Rogan, Esq. VSB**
Signature of Attorney for Debtor(s)

**Christopher L. Rogan, Esq. VSB 30344**
Printed Name of Attorney for Debtor(s)

**RoganMillerZimmerman, PLLC**
Firm Name

**50 Catoctin Circle, N.E.**
**Leesburg, VA 20176**

Address

Email: **crogan@RMZLawFirm.com**
**(703) 777-8850  Fax: (703) 777-8854**
Telephone Number

**March 9, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **John M. Thoburn**                                                                                   Case No.
                                                    Debtor(s)                                                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **BDC Capital Inc./Catjen LLC**<br>**500 N. Washington St.**<br>**Alexandria, VA 22314** | **BDC Capital Inc./Catjen LLC**<br>**500 N. Washington St.**<br>**Alexandria, VA 22314** | **Personal Guaranty of Business Debt** | **Contingent** | **10,197,826.00** |
| **BDC Capital Inc./Catjen, LLC**<br>**500 N. Washington St.**<br>**Alexandria, VA 22314** | **BDC Capital Inc./Catjen, LLC**<br>**500 N. Washington St.**<br>**Alexandria, VA 22314** | **Personal Guaranty of Business Debt** | **Contingent** | **3,016,255.00** |
| **BDC Capital Inc./Catjen, LLC**<br>**500 N. Washington St.**<br>**Alexandria, VA 22314** | **BDC Capital Inc./Catjen, LLC**<br>**500 N. Washington St.**<br>**Alexandria, VA 22314** | **Personal Guaranty of Business Debt** | **Contingent** | **1,504,998.00** |
| **Bean Kinney & Korman**<br>**2300 Wilson Blvd.**<br>**Seventh Floor**<br>**Arlington, VA 22201** | **Bean Kinney & Korman**<br>**2300 Wilson Blvd.**<br>**Seventh Floor**<br>**Arlington, VA 22201** | **Personal Guaranty of Business Debt** | **Contingent** | **3,798.50** |
| **Brisa Fund, LLC**<br>**PO Box 6777**<br>**Washington, DC 20020** | **Brisa Fund, LLC**<br>**PO Box 6777**<br>**Washington, DC 20020** | **Personal Guaranty of Business Debt** | **Contingent** | **485,000.00** |
| **Cianflone Family, LLC**<br>**c/o John Cianflone**<br>**2411 Holt Street**<br>**Vienna, VA 22182** | **Cianflone Family, LLC**<br>**c/o John Cianflone**<br>**2411 Holt Street**<br>**Vienna, VA 22182** | **Personal Guaranty of Business Debt** | **Contingent** | **2,055,580.00** |
| **Fairfax County Virginia**<br>**12000 Government Center Pkwy**<br>**Fairfax, VA 22035** | **Fairfax County Virginia**<br>**12000 Government Center Pkwy**<br>**Fairfax, VA 22035** | **Real Estate Taxes** | | **89,948.07** |
| **FIA Card Services**<br>**Billing Inquiries**<br>**PO Box 982235**<br>**El Paso, TX 79998** | **FIA Card Services**<br>**Billing Inquiries**<br>**PO Box 982235**<br>**El Paso, TX 79998** | **Credit Card Purchases** | | **23,000.00** |
| **FIA Card Services**<br>**Billing Inquiries**<br>**PO Box 982235**<br>**El Paso, TX 79998** | **FIA Card Services**<br>**Billing Inquiries**<br>**PO Box 982235**<br>**El Paso, TX 79998** | **Credit Card Purchases** | | **6,000.00** |
| **Gorove/Slade Associates, Inc.**<br>**1140 Connecticut Ave, NW**<br>**Suite 700**<br>**Washington, DC 20036** | **Gorove/Slade Associates, Inc.**<br>**1140 Connecticut Ave, NW**<br>**Suite 700**<br>**Washington, DC 20036** | **Personal Guaranty of Business Debt** | **Contingent** | **8,060.73** |

B4 (Official Form 4) (12/07) - Cont.

In re   **John M. Thoburn**                                                    Case No.  _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Inova Health System** 2990 Telestar Court Falls Church, VA 22042 | **Inova Health System** 2990 Telestar Court Falls Church, VA 22042 | **Medical** | | 9,180.00 |
| **IRS** Cincinnati, OH 45999 | **IRS** Cincinnati, OH 45999 | **Taxes** | | 91,935.00 |
| **Marcher Consulting** 8403 Colesville Rd Suite 1100 Reston, VA 20190 | **Marcher Consulting** 8403 Colesville Rd Suite 1100 Reston, VA 20190 | **Personal liability for Business Debt** | | 389,419.50 |
| **May & Barnhard, PC** 4840 Cordell Avenue Bethesda, MD 20814 | **May & Barnhard, PC** 4840 Cordell Avenue Bethesda, MD 20814 | **Personal Guaranty of Business Debt** | **Contingent** | 4,950.00 |
| **May & Barnhard, PC** 4840 Cordell Avenue Bethesda, MD 20814 | **May & Barnhard, PC** 4840 Cordell Avenue Bethesda, MD 20814 | **Open Account** | | 1,255.00 |
| **NE Virginia Emerg Phys LLC** PO Box 373993 Philadelphia, PA 19101 | **NE Virginia Emerg Phys LLC** PO Box 373993 Philadelphia, PA 19101 | **Medical** | | 1,379.00 |
| **Pamela R. Oeler** 6305 Mori Street Mc Lean, VA 22101 | **Pamela R. Oeler** 6305 Mori Street Mc Lean, VA 22101 | **Personal Liability for Business Debt** | **Contingent** | 456,310.00 |
| **T. March Bell** 3820 Linda Lane Annandale, VA 22003 | **T. March Bell** 3820 Linda Lane Annandale, VA 22003 | **Personal Liability for Business Debt** | **Contingent** | 1,512,561.02 |
| **Whiteford Taylor & Preston** 3190 Fairview Park Drive Falls Church, VA 22042 | **Whiteford Taylor & Preston** 3190 Fairview Park Drive Falls Church, VA 22042 | **Legal Fees** | | 1,525,223.07 |
| **Willmington Savings Fund C/o Stonebridge Company, LLC** 4600 S. Syracuse, Ste 700 Denver, CO 80237 | **Willmington Savings Fund C/o Stonebridge Company, LLC** 4600 S. Syracuse, Ste 700 Denver, CO 80237 | **Personal Libaility for Business Debt** | **Contingent** | 170,283.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **John M. Thoburn**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 9, 2015**                           Signature   **/s/ John M. Thoburn**
                                                              **John M. Thoburn**
                                                              Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
                American Anesthesiology of VA
                PO Box 535386
                Atlanta, GA 30384-0699


                BDC Capital Inc./Catjen LLC
                500 N. Washington St.
                Alexandria, VA 22314


                BDC Capital Inc./Catjen, LLC
                500 N. Washington St.
                Alexandria, VA 22314


                Bean Kinney & Korman
                2300 Wilson Blvd.
                Seventh Floor
                Arlington, VA 22201


                Brisa Fund, LLC
                PO Box 6777
                Washington, DC 20020


                Cianflone Family, LLC
                c/o John Cianflone
                2411 Holt Street
                Vienna, VA 22182


                Douglas S. White
                215 W. Market Street
                Leesburg, VA 20176


                Fairfax County Virginia
                12000 Government Center Pkwy
                Fairfax, VA 22035


                FIA Card Services
                Billing Inquiries
                PO Box 982235
                El Paso, TX 79998


                First Financial Bank, NA
                300 High Street
                PO Box 476
                Hamilton, OH 45012
```

G&G, LLC  
1897 Preston White Drive  
Suite 105  
Reston, VA 20191  


Gorove/Slade Associates, Inc.  
1140 Connecticut Ave, NW  
Suite 700  
Washington, DC 20036  


Inova Dept of Medicine  
PO BOX 8696  
Virginia Beach, VA 23450  


Inova Health System  
2990 Telestar Court  
Falls Church, VA 22042  


IRS  
Cincinnati, OH 45999  


Marc E. Albert, Esq.  
1775 Pennsylvania Avenue, NW  
Suit 800  
Washington, DC 20006  


Marcher Consulting  
8403 Colesville Rd  
Suite 1100  
Reston, VA 20190  


May & Barnhard, PC  
4840 Cordell Avenue  
Bethesda, MD 20814  


NE Virginia Emerg Phys LLC  
PO Box 373993  
Philadelphia, PA 19101  


Pamela R. Oeler  
6305 Mori Street  
Mc Lean, VA 22101

```
T. March Bell
3820 Linda Lane
Annandale, VA 22003


Teresa Blustein
7135 Baker Lane
Sebastopol, CA 95472


Whiteford Taylor & Preston
3190 Fairview Park Drive
Falls Church, VA 22042


William C. Harvey & Assoc.
1146-H Walker Rd.
Great Falls, VA 22066


Willmington Savings Fund
C/o Stonebridge Company, LLC
4600 S. Syracuse, Ste 700
Denver, CO 80237
```